AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Corey Demond Linder  
*Plaintiff*  
v.  
Warden McCall  
*Defendant*

Civil Action No.:  5:12-cv-2006-CMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This matter is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge. The Court accepts the Report and Recommendations of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  December 11, 2012

*CLERK OF COURT*

s/Debbie Stokes  
Deputy Clerk